UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MAUDIE COX SCIBILIA, individuall and as
successor of the affairs of Scibilia Enterprises, Inc.,

        Plaintiff,

-vs-                                    Case No. 2:09-cv-658-FtM-29SPC

GOURLEY & GOURLEY, LLC, and D. TRENT
GOURLEY, managing member,

        Defendants.
_____/

## ORDER

This matter comes before the Court on the Joint Motion to Allow Parties to Confer Telephonically for Joint Case Management Report (Doc. #31) filed on May 10, 2010. Counsel for parties are located in different cities and have agreed to meet telephonically. As the use of telephonic hearings and conference is encouraged, the Court will grant the motion. See Local Rule 3.01. Accordingly, it is now

**ORDERED:**

The Joint Motion to Allow Parties to Confer Telephonically for Joint Case Management Report (Doc. #31) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   20th    day of May, 2010.

                                SHERI POLSTER CHAPPELL
                                UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record